Michael Lee (ML 6353)
Lee Law PLLC
579 Fifth Avenue
14th Floor
New York, NY 10017
Telephone: (212) 621-8239
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> US ELOGISTICS SERVICE CORP; HANG FENG WU, and JOHN DOES 1-5, <br><br> Defendants. | CASE NO. 7:21-cv-01566 (CS) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs, through their counsel of record, hereby gives notice that that the above-captioned action is voluntarily dismissed, with prejudice, with each party bearing its own costs and fees.

**LEE LAW PLLC**

Dated: April 23, 2021

_____
Michael Lee (ML 6353)
579 Fifth Avenue
14th Floor
New York, NY 10017
Telephone: (212) 621-8239
Attorneys for Plaintiffs